**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

### No. 20-2384

MITCHELL HARRIS,

       Plaintiff - Appellant,

    v.

KENT ENGLAND, Store Manager; BERNARD NIMMONS, Department Manager; JAMES SPENCER, Store Manager; TYLER LAZEBY, Department Manager,

       Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:20-cv-01508-LMB-MSN)

Submitted: April 22, 2021                      Decided: April 26, 2021

Before GREGORY, Chief Judge, AGEE, Circuit Judge, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Mitchell Harris, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mitchell Harris appeals the district court's order dismissing his complaint without prejudice and instructing Harris to file an amended complaint. Because Harris did not amend the complaint, the court's dismissal was with prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Harris v. England*, No. 1:20-cv-01508-LMB-MSN (E.D. Va. Dec. 10, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*